# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  06-cr-00237-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  VICTOR BEAR ARCHULETA,

      Defendant.

## MINUTE ORDER[1]

      This will confirm that the sentencing hearing set in the above captioned matter is set for **May 18, 2007**, at 11:00 a.m.  The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated: March 5, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.